

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-87,326-01

### EX PARTE DALE THOMAS BURNS, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 4280-A IN THE 46TH DISTRICT COURT
### FROM HARDEMAN COUNTY

*Per curiam*.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of unlawful possession of metal or body armor and sentenced to thirty-three years' imprisonment. The Amarillo Court of Appeals affirmed the conviction. *Burns v. State*, No. 07-15-00229-CR (Tex. App.—Amarillo Apr. 1, 2016) (not designated for publication).

This Court received this 11.07 application on August 21, 2017 and dismissed the writ application for non-compliance with the Rules of Appellate Procedure on September 6, 2017. TEX. R. APP. P. 73.1(d). The Court has since received Applicant's "Motion to Have Court Correct Clerical

Error." It is evident that the Court dismissed Applicant's 11.07 writ application in error. We now withdraw our order of September 6, 2017, and reconsider the case on our own motion. Tex. R. App. P. 79.2(d).

The trial court's findings address three of the four grounds Applicant raises. This Court has undertaken an independent review of all the evidence in the record. Therefore, based on the trial court's findings of fact and conclusions of law as well as this Court's independent review of the entire record, we deny relief.

Filed: June 27, 2018
Do not publish